Martha D. Koomar, CSR
County Court at Law No. 2
210 West Davis, Suite 300
Conroe, Texas 77301
Telephone: 936-539-7832

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 4:10:31 PM
CAROL ANNE HARLEY
Clerk

Carol Anne Harley
Clerk of the Court
Ninth Court of Appeals
1001 Pearl Street, Suite 330
Beaumont, Texas 77701
Telephone: 409-835-8497

December 13, 2017

Re: Reporter's Record

Appellate Case Number: 09-17-00311-CV
Trial Court Case Number: 14-04-04293

The State of Texas
vs.
Parkway/Rayford 42, LP, a Texas Limited Partnership, et al

Dear Ms. Harley:

The party responsible for paying for the record has made satisfactory arrangements with me to pay the fee, however, due to my workload, I was not able to file the record by the due date.
Please grant a final 30-day extension to file the record.


Very Respectfully,

/s/ Martha Koomar


Martha Koomar, CSR